IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 2:20-cv-769-JLB-NPM |
| JOHN H. FARO, | ) |
| Defendant. | ) |

**UNITED STATES' AFFIDAVIT OF COMPLIANCE WITH
FLA. STAT. § 48.161 FOR SUBSTITUTED SERVICE
UPON DEFENDANT JOHN H. FARO**

I, Elizabeth N. Duncan, declare the following to be true and correct:

1. I am employed as a Trial Attorney with the U.S. Department of Justice in Washington, D.C. In the course of my employment, I have been assigned to represent the United States' interests in the above-captioned action. I have access to the Department of Justice's litigation files for this case. I make this declaration from my personal knowledge as Trial Attorney assigned to this case and from a review of records regarding the case.

2. On October 2, 2020, the United States filed a complaint to collect Defendant John H. Faro's unpaid federal income tax liabilities for the 2004 through 2013 and 2015 tax years. ECF No. 1. Upon receipt of the certified summons, the United States mailed copies of the Complaint, summons, and a

request to waive service[1] by Federal Express to Faro's last known address in Bonita Springs, Florida. The courier was told by the current occupant that Faro no longer resided at the Bonita Springs address.

3. On November 3, 2020, the undersigned contacted Faro by telephone. The undersigned introduced herself as counsel for the United States, and advised Faro that the Government had filed a civil lawsuit against him, and that the United States had mailed him documents requesting that he waive service of process of the summons and the Complaint. The undersigned explained that federal lawsuit had been filed against him to collect unpaid federal income taxes. Faro, a licensed attorney, said that he would respond to the Complaint once he was personally served and hung up the phone. The undersigned tried calling Faro back at the same number, but the call when straight to voicemail.

4. On November 10, 2020, the United States retained MercuryServe, Inc. ("MercuryServe"), a process serving company, to effectuate service of process upon the defendant. The undersigned counsel for the United States provided MercuryServe with the latest address information for the defendant obtained from public records searches, such as Faro's business website,

---

[1] Due to the COVID-19 pandemic, the United States is requesting that defendants waive personal service of process.

https://www.faro-law.com/, and nonpublic record searches conducted by the undersigned using such tools as PeopleMap on Thomson Reuters Westlaw.

5. The process server left copies of the Complaint and summons at Faro's "virtual offices" in Miami and Boca Raton, Florida (*see* **Exhibits A** and **B** (Affidavits of Non-Service at 1395 Brickell Avenue, Suite 800, Miami, Florida and 1200 Federal Highway, Suite 200, Boca Raton, Florida), but was unable to deliver copies of the Complaint and summons to Faro at his "virtual office" in Naples, Florida. *See* **Exhibit C** (Return of Non-Service at 999 Vanderbilt Beach Road, Suite 200, Naples, Florida).

6. The process server confirmed that Faro resides at 1050 Brickell Avenue, Apt. 1412, Miami, Florida, but was informed by a security officer that Faro had been out of town during the holiday season. Since January 8, 2021, a process server attempted to serve Faro at his residential address on five different occasions. On each attempt, Faro has not answered when the process server knocked on the apartment door. The process server also left a voicemail on Faro's personal cell phone, but Faro never returned the process server's phone call to arrange for service of process to be effectuated. *See* **Exhibit D** (Affidavit of Non-Service at 1050 Brickell Avenue, Apt. 1412, Miami, Florida).

7. On February 9, 2021, the United States filed an Amended Complaint to

include allegations that the defendant was deliberately attempting to evade service of process in order to comply with the requirements for substituted service on Faro through the Florida Secretary of State pursuant to Fla. Stat. § 48.161.  ECF. No. 9.

8.  On February 17, 2021, the United States served Faro with process through the Florida Secretary of State by mailing copies of the Summons and Amended Complaint to the Florida Secretary of State by U.S. Certified Mail return receipt requested.  See **Exhibit E** (copy of U.S. Certified Mail return receipt requested sent to Florida Secretary of State).

9.  On February 19, 2021, the United States complied with Fla. Stat. § 48.161 by serving copies of the Summons and Amended Complaint that were mailed to the Florida Secretary of State upon Faro by U.S. Certified Mail, return receipt requested, at the address listed below:

>     1050 Brickell Avenue
>     Apt. 1412
>     Miami, Florida 33131

See **Exhibit F** (copy of U.S. Certified Mail return receipt requested sent to John H. Faro).

10.     On February 22, 2021, the United States also filed a *Notice of Service of Process Upon Defendant John H. Faro by Serving Florida Secretary of State* with the Court.  ECF No. 14.  The notice informed Faro of the deadline to file an answer or other response to the Amended Complaint.

11. The United States received confirmation through the U.S. Postal Service's tracking website that copies of the pleadings that were mailed by U.S. Certified Mail to the Florida Secretary of State on February 17, 2021 were delivered to the Florida Secretary of State in Tallahassee, Florida on March 8, 2021. *See* **Exhibit G** (copy of U.S. Post Office Tracking Results; Tracking Number: 70200090000130017707) (Florida Secretary of State)).

12. The United States received confirmation through the U.S. Postal Service's tracking website that copies of the pleadings that were mailed by U.S. Certified Mail to Faro on February 19, 2021 were delivered to Faro's residential address located at 1050 Brickell Avenue, Apt. 1412, Miami, Florida 33131 on February 25, 2021. *See* **Exhibit H** (U.S. Post Office Tracking Results; Tracking Number: 70171450000031484999 (John H. Faro)).

I declare under penalty of perjury that the foregoing is true and accurate.

## **CERTIFICATE OF SERVICE**

I certify that copy of the foregoing was filed electronically through the Court's CM/ECF filing system on March XX, 2021. A copy of the foregoing is also being served on defendant John H. Faro by U.S. Mail at the address listed below:

1050 Brickell Avenue
Apt. 1412
Miami, Florida 33131
(U.S. Certified Mail)

            */s/ Elizabeth N. Duncan*
            ELIZABETH N. DUNCAN
            Trial Attorney, Tax Division
            U.S. Department of Justice
            P.O. Box 14198
            Ben Franklin Station
            Washington, D.C. 20044
            Telephone: (202) 514-6546
            Telecopier: (202) 514-4963
            Elizabeth.N.Duncan@usdoj.gov