IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 2:20-cv-769-JLB-NPM |
| ) | |
| JOHN H. FARO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ELIZABETH N. DUNCAN DECLARATION**

I, Elizabeth N. Duncan, declare the following:

1. I am employed as a Trial Attorney with the U.S. Department of Justice in Washington, D.C.  In the course of my employment, I have been assigned to represent the United States' interests in the above-captioned action.  I have access t the Department of Justice's litigation files for this case.  I make this declaration from my personal knowledge as the Trial Attorney assigned to this case and from a review of the records regarding the same.

2. Attached as **Exhibit A** is a true and accurate copy of a U.S. Certified Mail receipt requested sent to the Florida Secretary of State on February 17, 2021 pursuant to Fla. Stat. § 48.161.

3. Attached as **Exhibit B** is a true and accurate copy of a U.S. Certified Mail receipt requested sent to Defendant John H. Faro on February 19, 2021.

4. Attached as **Exhibit C** is a true and accurate copy of confirmation from the U.S. Postal Service of delivery of U.S. Certified Mail to the Florida Secretary of State on March 8, 2021. (U.S. Post Office Tracking Number: 70200090000130017707 (Fla. Secretary of State)).

5. Attached as **Exhibit D** is a true and accurate copy of confirmation from the U.S. Postal Service of delivery of U.S. Certified Mail to Defendant John H. Faro on February 25, 2021. (U.S. Post Office Tracking Number: 70171450000031484999 (John H. Faro)).

6. Attached as **Exhibit E** is a true and accurate copy of correspondence from the Florida Secretary of State stating that on March 9, 2021 substitute service was accepted on behalf of Faro pursuant to Fla. Stat. § 48.161.

I declare under penalty of perjury that the foregoing is true and accurate.