

**Exhibit**
A