

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To John H. Faro
Street and Apt. No., or PO Box No. 1050 Brickell Avenue Apt 1412
City, State, ZIP+4 Miami FL 33131

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 1450 0000 3148 4999

**Exhibit B**