

**70200090000130017707**

Add Name

**Delivered:**
TALLAHASSEE, FL 32399 on
March 8, 2021 at 12:26 pm

## Additional Information

Your item was delivered at 12:26 pm on March 8, 2021 in TALLAHASSEE, FL 32399.

Get Text and Email Updates

## Tracking History

**March 8, 2021**
**12:26 pm**
Delivered,
TALLAHASSEE, FL 32399

**March 8, 2021**
**5:12 am**
Available for Pickup,
TALLAHASSEE, FL 32399

**March 8, 2021**
**3:28 am**
Arrived at Post Office,
TALLAHASSEE, FL 32301

**March 7, 2021**
In Transit to Next Facility,

**March 5, 2021**
**2:23 am**
Arrived at USPS Regional Destination Facility,
JACKSONVILLE FL NETWORK DISTRIBUTION CENTER

**March 3, 2021**
**12:27 am**
Arrived at USPS Regional Facility,
SAN BERNARDINO CA DISTRIBUTION CENTER

Feedback

**Exhibit**
C

**March 2, 2021**
**11:29 pm**
Departed USPS Regional Facility,
MORENO VALLEY CA DISTRIBUTION CENTER

**March 2, 2021**
**9:30 pm**
Arrived at USPS Regional Facility,
MORENO VALLEY CA DISTRIBUTION CENTER

**March 2, 2021**
**12:33 am**
Departed USPS Regional Origin Facility,
GREENSBORO NC DISTRIBUTION CENTER

**March 1, 2021**
**5:02 pm**
Arrived at USPS Regional Origin Facility,
GREENSBORO NC DISTRIBUTION CENTER

**February 22, 2021**
**4:28 pm**
Arrived at USPS Regional Origin Facility,
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**February 21, 2021**
**10:52 pm**
Arrived at USPS Regional Origin Facility,
WASHINGTON DC DISTRIBUTION CENTER

**February 17, 2021**
**5:35 pm**
Departed Post Office,
WASHINGTON, DC 20003

**February 17, 2021**
**9:55 am**
USPS in possession of item,
WASHINGTON, DC 20003

Remove from Tracking

Feedback