

**70171450000031484999**

Add Name

**Delivered:**
MIAMI, FL 33131 on February 25, 2021 at 1:53 pm

## Additional Information

Your item was delivered to an individual at the address at 1:53 pm on February 25, 2021 in MIAMI, FL 33131.

Get Text and Email Updates

## Tracking History

**February 25, 2021**
**1:53 pm**
Delivered, Left with Individual,
MIAMI, FL 33131

Remove from Tracking

Feedback

**Exhibit**
_____D_____