**FLORIDA DEPARTMENT OF STATE**
Division of Corporations



March 10, 2021

ELIZABETH N. DUNCAN
PO BOX 14198 BEN FRANKLIN STATION
WASHINGTON, DC  20044

Pursuant to Chapter 48.161, Florida Statutes, a copy of the process and initial pleading, case number 2:20-CV-769, was accepted for JOHN H. FARO, and was filed on March 9, 2021, at 04:00 PM.

Plaintiff(s)

UNITED STATES OF AMERICA,

-vs-

Defendant(s)

JOHN H. FARO

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

STANTON H ROBERTS
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 321A00005101



Exhibit
E