IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 2:20-cv-769-JLB-NPM |
| ) | |
| JOHN H. FARO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF HARVEY HONIG

I, Harvey Honig, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am employed as an investigator with South Florida Private Investigation Services. I have been employed with South Florida Private Investigation Services for three years. Prior to my employment with South Florida Investigation Services, I was employed with the Miami-Dade Police Department from 1980 to my retirement as a Captain in 2010. While I was a member of the MDPD, I was involved in both uniform and investigative assignments. I was also a member of the U.S. Coast Guard Reserve from 1983 to 2007.

2. I was assigned by my supervisor to personally serve the defendant, John H. Faro, with process. I make this declaration from my personal knowledge as the investigator assigned to this matter.

3. In the course of my assignment to personally serve Faro, I was given a sealed USPS envelope by my supervisor, Pat Diaz, that contained a copy of a cover letter addressed to Faro, an Amended Complaint, and the summons. Although I did not see the documents, Mr. Diaz briefed me on the contents of the envelope.

4. On February 1, 2022, I attempted to locate Faro for the purpose of serving a civil summons going to Faro's residence, located at 1050 Brickell Avenue, Miami, Florida 33131.

5. I introduced myself to the security representative, Mr. Espanol, gave him my business card, and asked if I could deliver an envelope containing the service documents to Faro at his apartment on the fourteenth floor.

6. Mr. Espanol called Faro's apartment, but no one answered the phone. I asked Mr. Espanol if he would go upstairs to see if Faro was home. Mr. Espanol was gone for at least 20 to 30 minutes. When Mr. Espanol returned, he said that no one answered the door at Faro's apartment.

7. Later that morning on February 1, I went to Faro's office located at 1395 Brickell Avenue, Suite 800, Miami, Florida 33131.

8. I spoke with the office receptionist, who told me that Faro had just had hip surgery and that Faro did not come to the office very often because of his age and mobility issues.

9. On Saturday, February 5, 2022, I went back to Faro's residence at 1050 Brickell Avenue, Miami, Florida 33131. I sat outside his building waiting for Faro to come out.

10. At 8:15 a.m. on February 5, 2022, I saw an elderly man with a limp walking a small white dog outside the apartment building.

11. I walked up the individual, and I said, "Mr. Faro, I have something for you, sir." Faro looked up at me while I attempted to hand him the envelope with the Amended Complaint and summons, but Faro refused to take the envelope from me.

12. Faro kept walking away from me, and he reentered the apartment building using the south entrance. I was able to take a photo and a video of Faro before he entered the apartment building. A copy of a photograph I took of Faro on February 5, 2022, is attached to this Declaration as Exhibit A.

13. Because Faro never confirmed his identify, I was concerned about leaving the documents at his feet. I was also worried about leaving these sensitive documents on a public sidewalk.

14. I went to the main building, and I spoke with the receptionist, Angelina Caldes. I introduced myself, and I asked Ms. Caldes if the man in the photograph I took was John Faro. Ms. Caldes looked at the

photo and confirmed that the man who I had seen earlier walking his dog was Faro.

15. Once I positively identified Faro, I felt more comfortable leaving the documents with Ms. Caldes. Ms. Caldes said that she would give the documents to Faro.

16. Following my completion of personal service on Faro, I completed the Proof of Service attached to the summons. A true and correct copy of the executed Proof of Service is attached to this Declaration as Exhibit B.

I declare under penalty of perjury that the foregoing is true and accurate.

FEB. 08, 2022
Date

Signature

4